**Dismissed and Memorandum Opinion filed September 27, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00804-CR

---

### CUSTODIO ROMERO DELGADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 183rd District Court
### Harris County, Texas
### Trial Court Cause No. 1312055

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to attempted indecency with a child. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on July 17, 2012, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of

appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.
Do Not Publish ─ TEX. R. APP. P. 47.2(b)